TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
S. JAY GOVINDAN, Section Chief
NICOLE M. SMITH, Assistant Section Chief
COBY HOWELL, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1000 S.W. Third Avenue
Portland, OR 97204
Phone: (503) 727-1023
Fax: (503) 727-1117
Email: coby.howell@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUROK TRIBE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES BUREAU OF RECLAMATION,<br><br>Defendant. | Case. No. 4:24-cv-08216-HSG<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME AND ORDER**<br><br>**Judge: Hon. Haywood S. Gilliam**<br>**Hearing Date: n/a**<br>**Hearing Time: n/a**<br>**Courtroom: 2, 4th floor (Oakland)** |

Pursuant to Local Civil Rules 6-2(a) and 7-12, the parties stipulate to allow Defendant a one-week extension of time to file a response to Plaintiff's Motion for a Preliminary Injunction. The parties stipulate to this extension for the following reasons:

1

1. Plaintiff filed a Motion for a Preliminary Injunction in *Yurok Tribe v. United States Bureau of Reclamation*, 3:24-cv-8216 (N.D. Cal. Nov. 20, 2024), on November 22, 2024. Defendant's response to Plaintiff's motion is currently due on December 6, 2024.

2. Defendant intends to formalize a decision regarding winter flow operations on December 12, 2024.

3. Because Defendant will formalize its decision regarding winter flow operations after its response to Plaintiff's motion is due, the parties stipulate to allowing Defendant a one-week extension of time to file a response to Plaintiff's motion on December 13, 2024.

4. A motion hearing is scheduled for January 9, 2024. Therefore, this one-week extension has no impact on the motion hearing date.

DATED: December 3, 2024.

        Respectfully submitted,

        TODD KIM
        Assistant Attorney General
        U.S. Department of Justice
        Environment & Natural Resources Division
        S. JAY GOVINDAN, Section Chief
        NICOLE M. SMITH, Assistant Section Chief

        */s/ Coby Howell*
        COBY HOWELL, Senior Trial Attorney
        U.S. Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section
        1000 S.W. Third Avenue
        Portland, OR 97204
        Phone: (503) 727-1023
        Fax: (503) 727-1117
        Email: coby.howell@usdoj.gov

        *Attorneys for Defendant*

        */s/: By Permission*
        PATTI A. GOLDMAN (WSBA # 24426)
        Earthjustice

810 Third Avenue, Suite 610
Seattle, WA 98104
Ph: (206) 343-7340
pgoldman@earthjustice.org
*Admitted Pro Hac Vice

SEAN B. HECHT (CSBA # 181502)
Earthjustice
707 Wilshire Blvd. Suite 4300
Los Angeles, CA 90017
Ph: (213) 766-1068
shecht@earthjustice.org

AMY CORDALIS (CSBA # 321257)
562 A St.
Ashland, OR 97520
Ph: (541) 915-3033
acordalis@ridgestoriffles.org

*Attorneys for Plaintiff Yurok Tribe*

* In compliance with Civil Local Rule 5-1(i), the filer of this document attests that all signatories listed have concurred in the filing of this document.

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: 12/4/2024

_____
The Honorable Haywood S. Gilliam, Jr.
U.S. District Judge